IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| L.R. BRETZ,<br><br>                Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; AMERICAN MEDICAL RESPONSE, an Ohio corporation; BILLINGS CLINIC, a Montana non-profit corporation; CONTRACTORS BONDING AND INSURANCE COMPANY, an Illinois corporation; FISCHER & ERWIN, a Montana corporation; and BAUMGARDNER-LIND ADJUSTORS, INC., a Montana corporation,<br><br>                Defendants. | CV 19-73-BLG-SPW-TJC<br><br>**ORDER STAYING BRIEFING ON UNITED STATES' MOTION TO DISMISS** |

      Defendant United States of America has filed a motion to dismiss Plaintiff's claims. (Doc. 5.) Plaintiff's response is due by December 17, 2019. Plaintiff has also filed a motion to appoint counsel, which is currently pending. (Doc. 2.) In order to allow the Court adequate opportunity to consider Plaintiff's request for appointment of counsel,

      IT IS HEREBY ORDERED that all briefing relative to the United States' motion to dismiss is stayed pending resolution of Plaintiff's motion to appoint

/ / /

1

counsel. The Court will set a briefing schedule after the motion is determined.

**IT IS ORDERED**.

DATED this 13th day of December, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge