IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| L. R. BRETZ,<br><br>                    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                    Defendants. | CV 19-73-BLG-SPW-TJC<br><br>ORDER |

Defendant, Billings Clinic has filed an unopposed motion for dismissal of Billings Clinic with prejudice (Doc. 21) dated April 13, 2020.  The unopposed motion advises the Court that Billings Clinic and Plaintiff, L.R. Bretz, have reached a settlement.  Therefore, for good cause appearing,

**IT IS HEREBY ORDERED** that the unopposed motion is **GRANTED**. Defendant, Billings Clinic is Dismissed With Prejudice from this action with each party to bear their own attorneys' fees and costs.

1

**IT IS FURTHER ORDERED** that Billings Clinic's Motion to Dismiss for Failure to State a Claim (Doc. 11) is **DENIED** as moot.

DATED this 14th day of April, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
U. S. DISTRICT JUDGE