UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| L.R. BRETZ,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al,<br><br>　　　　　　Defendant. | Case No. CV-19-73 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

**　X　　Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendants,  United States of America, et al, as stated in the Court's Order E.C.F. 47.

　　　Dated this 23rd day of September, 2021.

　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　By: /s/ E.Hamnes
　　　　　　　　　　　　　E.Hamnes, Deputy Clerk