IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| L.R. BRETZ,<br><br>      Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, AMERICAN MEDICAL RESPONSE, an Ohio corporation; BILLINGS CLINIC, a Montana non-profit corporation; CONTRACTORS BONDING AND INSURANCE COMPANY, an Illinois corporation; FISCHER & ERWIN, a Montana corporation; and BAUMGARDNER-LIND ADJUSTORS, INC., a Montana corporation,<br><br>      Defendants. | CV 19-73-BLG-SPW<br><br>ORDER DENYING MOTION FOR FAILURE TO COMPLY WITH LOCAL RULES |

  Before the Court is Plaintiff Bretz's Motion for Reconsideration. (Doc. 49). Local Civil Rule 7.3(a) requires prior leave from the Court before filing a motion for reconsideration. Local Civil Rule 7.3(b) requires that such motions shall be limited to 2,275 words and must specify that there has either been a change in facts or applicable law presented to the Court in the original motion. Bretz has failed to demonstrate that either prong is met here. The Court also notes that the motion appears to violate Local Rule 7.3(c), which prohibits repetition of argument made on the underlying motion.

1

Adherence to this local rule will allow the Court, and the parties, to handle matters more expeditiously. Compliance with the local rule shall be required. A mere adverse outcome for one party is not sufficient to support reconsideration. Accordingly,

IT IS ORDERED that Bretz's Motion for Reconsideration (Doc. 49) is DENIED.

DATED this 29th day of October, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge